# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| SHALE SUPPORT HOLDINGS, LLC, *et al.*,[1] | § Case No. 19-33886 (DRJ) |
| | § (Jointly Administered) |
| Reorganized Debtors. | § (Formerly Jointly Administered under |
| | § Lead Case: Shale Support Global |
| | § Holdings, LLC, 19-33884) |

## HOUSTON CHRONICLE AFFIDAVIT OF PUBLICATION FOR NOTICE OF (I) ENTRY OF AN ORDER CONFIRMING THE AMENDED JOINT PLAN OF REORGANIZATION (AS MODIFIED) OF SHALE SUPPORT GLOBAL HOLDINGS, LLC, ET AL., AND BSP AGENCY, LLC PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) OCCURRENCE OF THE EFFECTIVE DATE

Dated: December 16, 2019
Brooklyn, New York

DONLIN, RECANO & COMPANY, INC.

_____
Nora Morales
Director
6201 15th Avenue
Brooklyn, New York 11219
Telephone: 212-481-1411
Email: nmorales@donlinrecano.com

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Shale Support Holdings, LLC (7814); Southton Rail Yard, LLC (8704); Drying Facility Assets Holding, LLC (6424); Shale Energy Support, LLC (8523); and Wet Mine Assets Holding, LLC (2879).



## AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

SHALE SUPPORT GLOBAL HOLDING   0000206645   HC090691322
RAN A LEGAL NOTICE
SIZE BEING:   2 x7.00 l   (14.00l)

| Product | Date | Class | Page |
|---|---|---|---|
| Houston Chronicle | Dec 2 2019 | Legal Notices | B 44 |

*Victoria Bond* & *R Clark*

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this 2nd Day of December A.D. 2019

[Notary Seal: CHARLES E WALICHOWSKI, 129823547, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES MAY 19, 2022]

Notary Public in and for the State of Texas

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: SHALE SUPPORT GLOBAL HOLDINGS, LLC, et al.,[1] | § § § | Chapter 11 Case No. 19-33884 (DRJ) |
| Reorganized Debtors. | § | (Joint Administration) |

**NOTICE OF (I) ENTRY OF AN ORDER CONFIRMING THE AMENDED JOINT PLAN OF REORGANIZATION (AS MODIFIED) OF SHALE SUPPORT GLOBAL HOLDINGS, LLC, ET AL., AND BSP AGENCY, LLC PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) OCCURRENCE OF THE EFFECTIVE DATE**

**PLEASE TAKE NOTICE THAT** on October 29, 2019, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered an order [Docket No. 500] (the "Confirmation Order") confirming the *Amended Joint Plan of Reorganization (as Modified) of Shale Support Global Holdings, LLC, et al., and BSP Agency, LLC Pursuant to Chapter 11 of the Bankruptcy Code* (with all supplements and exhibits thereto and as modified, amended, or supplemented from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date of the Plan occurred on November 21, 2019.

**PLEASE TAKE FURTHER NOTICE THAT** unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Bankruptcy Court within 30 days after the later of (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (2) the effective date of such rejection, and (3) the Effective Date. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed with the Bankruptcy Court within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors or the Reorganized Debtors, the Estates, or their property without the need for any objection by the Reorganized Debtors or further notice to, or action, order, or approval of the Bankruptcy Court, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.

**PLEASE TAKE FURTHER NOTICE THAT** except for Professional Fee Claims (which are addressed separately below), requests for payment of Administrative Claims must be Filed with the Bankruptcy Court and served on the Reorganized Debtors no later than thirty (30) days after the Effective Date (the "Administrative Claim Bar Date"). Holders of Administrative Claims that are required to File and serve a request for such payment of such Administrative Claims that do not File and serve such a request by the Administrative Claim Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, the Reorganized Debtors or their property, and such Administrative Claims shall be deemed discharged as of the Effective Date without the need for any notices, objection, or other action from the Reorganized Debtors or any action or approval by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** Professionals or other Entities asserting a Professional Fee Claim for services rendered before the Confirmation Date must File an application for final allowance of such Professional Fee Claim no later than thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Plan, the Plan Supplement, the Confirmation Order or related documents, you should contact Donlin, Recano & Company, Inc., the notice and claims agent retained by the Debtors in the Chapter 11 Cases (the "Notice and Claims Agent"), by: (a) calling the Debtors' restructuring hotline at 866-296-8019 (toll free) or 212-771-1128 (international); (b) visiting the Debtors' restructuring website at: https://donlinrecano.com/ssgh; (c) writing to the Notice and Claims Agent, Attn: Shale Support Global Holdings, LLC, et al., c/o Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, New York 11219; and/or (d) emailing SSGHBallots@DonlinRecano.com. You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at: http://www.txs.uscourts.gov.

Dated: November 21, 2019

/s/ *Karl D. Burrer*, Shari L. Heyen (Texas Bar No. 09564750), Karl D. Burrer (Texas Bar No. 24043584), David R. Eastlake (Texas Bar No. 24074165), **GREENBERG TRAURIG, LLP**, 1000 Louisiana St., Suite 1700, Houston, Texas 77002, Telephone: (713) 374-3500, Facsimile: (713) 374-3505, Email: heyens@gtlaw.com, burrerk@gtlaw.com, eastlaked@gtlaw.com, *Counsel to the Reorganized Debtors*

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Shale Support Global Holdings, LLC (5328); Shale Support Holdings, LLC (7814); Stanton Rail Yard, LLC (5976); Southton Rail Yard, LLC (8704); Drying Facility Assets Holding, LLC (6424); Shale Energy Support, LLC (8523); Mine Assets Holding, LLC (4401); and Wet Mine Assets Holding, LLC (2879). The service address for Reorganized Debtor Stanton Rail Yard, LLC is 32731 Egypt Lane, Magnolia, Texas 77354. For the remainder of the Reorganized Debtors, it is 600 Jefferson Street, Suite 602, Lafayette, Louisiana 70501.

[2] Capitalized terms not otherwise defined herein have the same meanings as set forth in the Plan.



# Legal Notices

To place legal notices email legals@chron.com or call 713.224.6868.

---

**NOTICE TO CREDITORS**

## Notice To Creditors Ad
## $74.00*

Call the Legals Team
713-224-6868
Ext. 6435 or 4204

*$74.00 includes first 36 lines and 1 Affidavit of Publication
*$1.92 per line over 36 lines

---

**LEGAL NOTICES**

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
(17 JT 336)

NORTH CAROLINA
GUILFORD COUNTY (High Point)

IN THE MATTER OF:

J.D.O., A minor male child born March 13, 2008 in Fort Worth, Tarrant County, Texas.

NOTICE OF SERVICE BY PUBLICATION

TO: SALVADORE FRAZIER, biological father of the above juvenile.

TAKE NOTICE that a Petition seeking to terminate the parental rights of SALVADORE FRAZIER of the above juvenile, J.D.O., was filed on September 20, 2019, with the Clerk of Superior Court, Juvenile Division, High Point, Guilford Co., NC.

You must answer this Petition within 40 days of November 25, 2019, exclusive of that date. Upon your failure to answer the Petition within time prescribed your parental rights to the juveniles shall be terminated. You are entitled to attend any hearing affecting your rights. You are entitled to appointed counsel if you cannot afford to hire one. Attorney Edward Branscomb (336-303-8702) has been provisionally appointed to represent SALVADORE FRAZIER and you should contact your attorney immediately. The next hearing is scheduled to be heard on January 27, 2020, or as soon thereafter as the matter can be heard. If you fail to attend any hearing in this matter, the Court may release your court appointed attorney without further notice to you.

This the 25th November, 2019.

Dean W. Hollandsworth, Deputy County Attorney
505 E. Green Drive, High Point, NC 27260

### View legal notices at chron.com/legals

---

**BIDS & PROPOSALS**

Request for Proposals - Houston-Galveston Area Council – Public Service Department - Regional Law Enforcement Training Providers – PS-CJ-LETP-2019-11
H-GAC is seeking qualified law enforcement agencies to provide training for officers in Austin, Brazoria, Chambers, Colorado, Fort Bend, Galveston, Harris, Liberty, Matagorda, Montgomery, Walker, Waller and Wharton Counties.
Classes proposed shall be those for which the responding law enforcement agencies are fully prepared to present in accordance with the requirements of TCOLE for presentation of training courses to any law enforcement officer. **The proposal will cover fiscal year 2020 and 2021 (September 1, 2019 through August 31, 2021).**
To view/download the RFP documents visit
https://www.h-gac.com/procurement
Submit to: Procurement – Mail: P.O. Box 22777, Houston, TX 77227-2777 or Deliver: 3555 Timmons Lane Ste 100, Houston, TX 77027 Response Deadline: December 13th, 2019 @ 3 P.M. Central

---

EDUCATION SERVICE CENTER REGION 17, (THE CENTER), IS SOLICITING SEALED PROPOSALS ON BEHALF OF THE WEST TEXAS FOOD SERVICE COOPERATIVE FOR THE PROCESSING OF USDA COMMODITY FOOD PRODUCTS. PROPOSALS WILL BE ACCEPTED UNTIL 11:00 AM, JANUARY 7, 2020 THROUGH www.bidforge.com AND PROPOSALS WILL BE OPENED AT 2:00PM ON JANUARY 8, 2020 INFORMATION ON PROPOSALS CAN BE OBTAINED BY CALLING 806-281-5710 OR BY EMAIL @ wtfsc@esc17.net THE CENTER RESERVES THE RIGHT TO REJECT ANY AND/OR ALL PROPOSALS.

---

**LEGAL NOTICES**

CITY OF HOUSTON, TEXAS, NOTICE AS TO CONTENTS OF ORDINANCE PROPOSING TO GRANT THE AUTHORITY FOR USE OF THE PUBLIC WAY OF THE CITY OF HOUSTON, TEXAS, PURSUANT TO ARTICLE VI, CHAPTER 39, CODE OF ORDINANCES, HOUSTON, TEXAS.

Notice as to the contents of an ordinance proposing to make such grant is hereby given. The caption of such ordinances is as follows:

2019-867 – AN ORDINANCE granting to BLACKWOOD PORTABLE RESTROOMS, LLC, a Texas limited liability company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions; and making certain findings related thereto. - **FIRST READING**

2019-868 – AN ORDINANCE granting to BLUE WATER GREASE SERVICES INC., a Texas corporation, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions; and making certain findings related thereto - **FIRST READING**

2019-869 – AN ORDINANCE granting to ENVIRONMENTAL EARTH-WISE, INC ENVIRONMENTAL REMEDIATION & CONSTRUCTION, a Texas limited liability company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions; and making certain findings related thereto - **FIRST READING**

2019-870 – AN ORDINANCE granting to LEL ENVIRONMENTAL LTD., a Texas limited partnership, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions; and making certain findings related thereto - **FIRST READING**

2019-871 – AN ORDINANCE granting to MILLENNIAL TRUCKING, LLC, a Texas limited liability company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions; and making certain findings related thereto - **FIRST READING**

The entire ordinance may be found and inspected in the Office of the Secretary, 900 Bagby, Room P-101, City Hall Annex, Houston, Texas.

Anna Russell
City Secretary

Publish: 11/25, 12/02

---

Accelerated Intermediate Academy (AIA), an open-enrollment charter school, is inviting Statement of Qualifications for Project Management Services. Please email to: aiadistrict@aol.com to request the RFQ packet.

---

CITY OF HOUSTON, TEXAS, NOTICE AS TO CONTENTS OF ORDINANCE PROPOSING TO GRANT THE AUTHORITY FOR USE OF THE PUBLIC WAY OF THE CITY OF HOUSTON, TEXAS, PURSUANT TO ARTICLE VI, CHAPTER 39, CODE OF ORDINANCES, HOUSTON, TEXAS.

Notice as to the contents of an ordinance proposing to make such grant is hereby given. The caption of such ordinances is as follows:

2019-902 – AN ORDINANCE granting to ACCESS DATA SUPPLY INC, a Texas Limited Liability Company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions; and making certain findings related thereto - **FIRST READING**

2019-903 – AN ORDINANCE granting to RAPID WASTE SOLUTIONS of TEXAS LLC., a Texas Limited Liability Company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions; and making certain findings related thereto - **FIRST READING**

The entire ordinance may be found and inspected in the Office of the Secretary, 900 Bagby, Room P-101, City Hall Annex, Houston, Texas.

Anna Russell
City Secretary

Publish: 11/25, 12/02 and 12/08

---

NOTICE PER 22 TEX. ADMIN. CODE 165.5(b)(2)(A)

To: All Patients of Rosemary Eseh-Logue, MD

Please take notice that Dr. Rosemary Eseh-Logue, formerly an internist with Houston Methodist Primary Care Group at 2060 Space Park Drive, Suite 302, Houston, TX 77058, will no longer provide outpatient care with Houston Methodist Primary Care Group after November 8, 2019. To assure patients have access to care that is needed through the transition, Drs. Chaitanya Alli, Tracey Lindeman, and M. Carmen Visus will be available at the Clear Lake practice to provide follow-up care and respond to prescription refill requests and other questions.

A medical records release is not required for patients who choose to continue receiving care from another provider with Houston Methodist Primary Care Group.

To schedule an appointment with another physician at the Clear Lake practice, or to request a medical records release or transfer, please call the clinic at 281.333.9747.

---

**BIDS & PROPOSALS**

**NOTICE TO BIDDERS**
Sealed bids will be received by Gulf Coast Authority at: 910 Bay Area Boulevard, Houston, Texas 77058 until 2:00 p.m. on December 13, 2019, then publicly opened and read on that date. The bid is for Temporary Staffing Services as further described in the Specifications and Bid Package. Specifications and Bid Packages should be available on or about December 2, 2019. Specifications can be obtained from: Maria Kovich, (281) 488-4115, GCA Central Office, 910 Bay Area Boulevard, Houston, Texas 77058 between the hours of 9:00 a.m. and 4:00 p.m. CDT, Monday through Friday. Gulf Coast Authority reserves the right to reject any and all bids or to accept any bid considered advantageous.

---

(November 20, 2019)
**Houston Community College**
**Request for Qualifications Environmental Consulting Services Project No. 20-05**
Sealed proposals will be received in Procurement Operations (3100 Main Street, Room No. 11B01, Houston, Texas 77002) until 2:00PM (local time) on Tuesday, January 7, 2020. Documents can be obtained at: www.hccs.edu/about-hcc/procurement/

---

**LEGAL NOTICES**

**Auction, W/houseman's Lien:** 12/11/19, 10am, 911 Brenda St., Houston, TX 77076: R Webb, B Kelley, C Schneider, C Valentine - Household goods
10%bp 713.694.1069
Andrew Milner 6748

---

**LEGAL NOTICES & CLOWNS**

TWO THINGS THAT HAVE A RIGHT TIME AND PLACE

Stay legal and get noticed by emailing our team at legals@chron.com or calling 713.224.6868

**HOUSTON CHRONICLE**
HoustonChronicle.com

---

**LEGAL NOTICES**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

In re: SHALE SUPPORT GLOBAL § Chapter 11
HOLDINGS, LLC, et al.,[1] § Case No. 19-33884 (DRJ)
Reorganized Debtors. § (Joint Administration)

**NOTICE OF (I) ENTRY OF AN ORDER CONFIRMING THE AMENDED JOINT PLAN OF REORGANIZATION (AS MODIFIED) OF SHALE SUPPORT GLOBAL HOLDINGS, LLC, ET AL., AND BSP AGENCY, LLC PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) OCCURRENCE OF THE EFFECTIVE DATE**

**PLEASE TAKE NOTICE THAT** on October 29, 2019, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered an order [Docket No. 500] (the "Confirmation Order") confirming the *Amended Joint Plan of Reorganization (as Modified) of Shale Support Global Holdings, LLC, et al., and BSP Agency, LLC Pursuant to Chapter 11 of the Bankruptcy Code* (with all supplements and exhibits thereto and as modified, amended, or supplemented from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date of the Plan occurred on November 21, 2019.

**PLEASE TAKE FURTHER NOTICE THAT** unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Bankruptcy Court within 30 days after the later of (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (2) the effective date of such rejection, and (3) the Effective Date. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed with the Bankruptcy Court within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors or the Reorganized Debtors, the Estates, or their property without the need for any objection by the Reorganized Debtors or further notice to, or action, order, or approval of the Bankruptcy Court, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.

**PLEASE TAKE FURTHER NOTICE THAT** except for Professional Fee Claims (which are addressed separately below), requests for payment of Administrative Claims must be Filed with the Bankruptcy Court and served on the Reorganized Debtors no later than thirty (30) days after the Effective Date (the "Administrative Claim Bar Date"). Holders of Administrative Claims that are required to File and serve a request for such payment of such Administrative Claims that do not File and serve such a request by the Administrative Claim Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, the Reorganized Debtors or their property, and such Administrative Claims shall be deemed discharged as of the Effective Date without the need for any notices, objection, or other action from the Reorganized Debtors or any action or approval by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** Professionals or other Entities asserting a Professional Fee Claim for services rendered before the Confirmation Date must File an application for final allowance of such Professional Fee Claim no later than thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Plan, the Plan Supplement, or any other related or related documents, you should contact Donlin, Recano & Company, Inc., the notice and claims agent retained by the Debtors in the Chapter 11 Cases (the "Notice and Claims Agent"), by: (a) calling the Debtors' restructuring hotline at 866-296-8019 (toll free) or 212-771-1128 (international); (b) visiting the Debtors' restructuring website at: https://donlinrecano.com/ssgh; (c) writing to the Notice and Claims Agent, Attn: Shale Support Global Holdings, LLC, et al., c/o Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, New York 11219; and/or (d) emailing SSGHBallots@DonlinRecano.com. You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at: http://www.txs.uscourts.gov.

Dated: November 21, 2019

/s/ Karl D. Burrer   Shari L. Heyen (Texas Bar No. 09564750), Karl D. Burrer (Texas Bar No. 24043584), David R. Eastlake (Texas Bar No. 24074165), **GREENBERG TRAURIG, LLP**, 1000 Louisiana St., Suite 1700, Houston, Texas 77002, Telephone: (713) 374-3500, Facsimile: (713) 374-3505, Email: heyens@gtlaw.com, burrerk@gtlaw.com, eastlaked@gtlaw.com, *Counsel to the Reorganized Debtors*

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Shale Support Global Holdings, LLC (5328); Shale Support Holdings, LLC (7814); Stanton Rail Yard, LLC (5976); Southton Rail Yard, LLC (8704); Drying Facility Assets Holding, LLC (6424); Shale Energy Support, LLC (8523); Mine Assets Holding, LLC (4401); and Wet Mine Assets Holding, LLC (2879). The service address for Reorganized Debtor Stanton Rail Yard, LLC is 32731 Egypt Lane, Magnolia, Texas 77354. For the remainder of the Reorganized Debtors, it is 600 Jefferson Street, Suite 602, Lafayette, Louisiana 70501.

[2] Capitalized terms not otherwise defined herein have the same meanings as set forth in the Plan.

---

### View legal notices at chron.com/legals